PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Alton Pettigrew   Cr.: 17-00537-001
   PACTS #: 2298093

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
   CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/28/2018

Original Offense:   Misprision Of Felony, 18 USC 4.F

Original Sentence: 23 months imprisonment (time served), 12 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Financial Disclosure, Life Skills Counseling, Educational Services, Mental Health Treatment

Type of Supervision: Supervised Release   Date Supervision Commenced: 03/28/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On September 4, 2018, Pettigrew provided a urine sample which tested positive for cocaine and opiates. The offender admitted he attended a Labor Day celebration on September 2, 2018, and ingested a Percocet pill he received from someone at the party. The offender signed an admission form and denied using cocaine or any additional illicit substances. The specimen was forwarded to the national laboratory for testing. |
| | On September 10, 2018, the national laboratory results produced positive results for cocaine, codeine, morphine, and marijuana. |

U.S. Probation Officer Action:

The offender was verbally admonished for using illicit substances and was counseled on associating with negative peer influences. The probation office is working with Rutgers Behavioral Health to facilitate the offender's treatment for substance abuse and mental health counseling. Our office is respectfully requesting no Court action at this time. The offender will be closely monitored and we will notify Your Honor of any additional instances of noncompliance.

Respectfully submitted,

By: Ivettelis Perez
U.S. Probation Officer
Date: 09/13/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] No Formal Court Action to be Taken at This Time (as recommended by Probation)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

9/13/18
Date